UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE MEDICAL ASSOCIATION, )
)
       Plaintiff, )
)
       v. ) NO. 3:02-cv-0497
)
UNITED HEALTHGROUP INCORPORATED,) Magistrate Judge Brown
)
       Defendant. )

## O R D E R

A telephone conference with Magistrate Judge Brown is set for **Monday, June 16, 2014, at 11:30 a.m.** to discuss Joint Status Report filed by the parties, and to set deadlines for the progression of the case.

**To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.

                                      /s/ Joe B. Brown
                                      JOE B. BROWN
                                      United States Magistrate Judge