UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE MEDICAL ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED HEALTHGROUP INCORPORATED,) <br> et al. ) <br> ) <br> Defendants. ) | NO. 3:02-cv-0497 <br> Judge Nixon/Brown |
| ZACHARY ROSENBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED HEALTHGROUP INCORPORATED,) <br> et al. ) <br> ) <br> Defendants. ) | NO. 3:02-CV-0499 <br> Judge Nixon/Brown |

**O R D E R**

The parties have filed with the Court a Second Updated Joint Status Report (Docket Entry 40) regarding their continuing settlement efforts.

On or before September 30, 2014, the parties are directed to file a new Joint Status Report and, if necessary, a proposed schedule for briefing on a motion for leave to file an amended complaint.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge